STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. OSCAR POTEET, DEFENDANT-PETITIONER.

*Mr. Arthur G. D'Alessandro* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

May 14, 1968. Denied.

EDGECOMB STEEL CORP., PLAINTIFF-PETITIONER, v. RAYMOND MERCANTINI, DEFENDANT-RESPONDENT.

*Messrs. Lenox, Giordano, Devlin & Barlow* and *Mr. Charles J. Delehey* for the petitioner.

*Mr. Peter J. Selesky* for the respondent.

May 14, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. TIMOTHY GEORGE CALDWELL AND LLOYD R. NEFF, DEFENDANTS-PETITIONERS.

*Mr. Peter Murray* and *Miss Cynthia M. Jacob* for the petitioners.

*Mr. Guy William Calissi* and *Mr. Richard F. Aronshon* for the respondent.

May 14, 1968. Denied.